**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC.,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **AASTRA TECHNOLOGIES LIMITED,** *et al.*, <br><br> **Defendants.** | **Case No.  6:13-CV-879-JDL** |
| **CHRIMAR SYSTEMS, INC.,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **ALCATEL-LUCENT, INC.,** *et al.*, <br><br> **Defendants.** | **Case No. 6:13-CV-880-JDL** |
| **CHRIMAR SYSTEMS, INC.,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **AMX, LLC,** <br><br> **Defendant.** | **Case No. 6:13-CV-881-JDL** |
| **CHRIMAR SYSTEMS, INC.,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **GRANDSTREAM NETWORKS, INC.,** <br><br> **Defendant.** | **Case No. 6:13-CV-882-JDL** |

1

| | |
|---|---|
| **CHRIMAR SYSTEMS, INC.,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **SAMSUNG ELECTRONICS, CO.,** *et al.*, <br><br> **Defendants.** | <br><br> **Case No. 6:13-CV-883-JDL** |

## JOINT CLAIM CONSTRUCTION AND
## PRE-HEARING STATEMENT PURSUANT TO P.R. 4-3

Pursuant to P.R. 4-3, the Court's Docket Control Orders, Plaintiffs ChriMar Systems, Inc.

d/b/a CMS Technologies and ChriMar Holding Company LLC ("CMS" or "Plaintiffs"), and

Defendants Alcatel-Lucent USA, Inc., Alcatel-Lucent Holdings, Inc., Aastra Technologies, Ltd.,

Aastra USA Inc., AMX LLC, Grandstream Networks, Inc., Samsung Telecommunications

America, LLC & Samsung Electronics, Co. Ltd. (collectively "Defendants") submit this Joint

Claim Construction and Pre-Hearing Statement regarding U.S. Patent No. 8,155,012 ("the '012

patent").

## P.R. 4-3(a)

The parties have not reached agreement regarding any claim terms, phrases, or clauses

for the '012 patent.

## P.R. 4-3(b)

With respect to the remaining terms that are in dispute, the chart attached as Exhibit A

provides CMS's proposed constructions for the disputed claim terms.  The chart attached as

Exhibit B provides Defendants' proposed constructions for the disputed claim terms.  These

charts also provide an identification of the intrinsic and extrinsic evidence upon which each party

intends to rely to support its proposed construction or oppose any other party's proposed

construction.    Each party reserves the right to rely on any intrinsic or extrinsic evidence identified by the other party and any evidence obtained through the end of claim construction discovery.

Defendants contend, and Plaintiffs disagree, that the following terms are case or claim dispositive:

- "distinguishing information about the piece of Ethernet data terminal equipment"/ "to distinguish the piece of terminal equipment"

- "impedance"

- "arranging impedance within the at least one path"

- "[wherein distinguishing information about the piece of Ethernet data terminal equipment] is associated to impedance within the at least one path"

## P.R. 4-3(c)

The Court has set the Claim Construction Hearing for the '012 patent at issue to begin at 9:00 a.m. on October 30, 2014.  The parties request 1.5 hours per side (3 hours total) for the hearing.

## P.R. 4-3(d)

The parties do not intend to call witnesses at the hearing.

## P.R. 4-3 (e)

At present, the parties are unaware of any additional issues that would require the scheduling of a pre-hearing conference prior to the October 30, 2014 Claim Construction Hearing.

DATED:  August 11, 2014

**THE SIMON LAW FIRM, P.C.**

/s/ Timothy D. Krieger
Anthony G. Simon
asimon@simonlawpc.com
Timothy D. Krieger
tkrieger@simonlawpc.com
Benjamin R. Askew
baskew@simonlawpc.com
Michael P. Kella
mkella@simonlawpc.com
800 Market Street, Suite 1700
St. Louis, MO  63101
Phone:  (314) 241-2929
Fax:  (314) 241-2029

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Road, Ste. 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@wsfirm.com
wh@wsfirm.com

*ATTORNEYS FOR PLAINTIFFS*
*CHRIMAR SYSTEMS, INC. d/b/a CMS*
*TECHNOLOGIES and CHRIMAR HOLDING*
*COMPANY, LLC*

**DUANE MORRIS, LLP**

/s/ Matthew S. Yungwirth (*w/ permission*)
Matthew S. Yungwirth
1075 Peachtree Street, Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile:  (404) 253-6901
Email: msyngwirth@duanemorris.com

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

/s/ Jon B. Hyland (*w/ permission*)
Jon B. Hyland
State Bar No. 24046131
3800 Lincoln Plaza
500 N. Akard St.
Dallas, Texas 75201-6659
Phone: (214) 855-7544
Fax: (214) 978-5360

*ATTORNEY FOR DEFENDANT*
*AASTRA USA INC.*

**GOODWIN PROCTER LLP**

/s/ Michael Strapp (*w/ permission*)
Michael Strapp
Exchange Place
Boston, MA 02109
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231
Email:
mstrapp@goodwinprocter.com

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
**WILSON, ROBERSTON & CORNELIUS, P.C.**
909 ESE Loop 323, Ste. 400
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092
Email:
jainsworth@wilsonlawfirm.com

*ATTORNEYS FOR DEFENDANT*
*GRANDSTREAM NETWORKS,*
*INC.*

/s/ Danny Williams (*w/ permission*)
Danny L. Williams

4

Mark C. Comtois
**DUANE MORRIS LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone:  (202) 776-7800
Facsimile:  (202) 776-7801
Email:  mccomtois@duanemorris.com

Peter S. Vogel
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4757
Telephone:  (214) 999-4422
Facsimile: (214) 999-3422
Email: pvogel@gardere.com

*ATTORNEYS FOR DEFENDANT AMX LLC*

/s/ Jin-Suk Park (*w/ permission*)
Cono Carrano (Lead Attorney)
(District of Columbia Bar No. 445995)
ccarrano@akingump.com
Jin-Suk Park
(District of Columbia Bar No. 484378)
jspark@akingump.com
Ashraf A. Fawzy
(District of Columbia Bar No. 989132)
afawzy@akingump.com
Joseph E. Young
(Virginia State Bar No. 85473)
jeyoung@akingump.com
Patrick C. Reidy
(Illinois State Bar No. 6313802)
preidy@akingump.com
Akin Gump Strauss Hauer & Feld LLP
 1333 New Hampshire Ave NW
Washington, DC 20036
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

Charles Everingham IV
(Texas State Bar No. 00787447)
Akin Gump Strauss Hauer & Feld LLP

State Bar No. 21518050
Email: danny@wmalaw.com
Chris N. Cravey
State Bar No. 24034398
Email: ccravey@wmalaw.com
Matthew R. Rodgers
State Bar No. 24041802
Email:  mrodgers@wmalaw.com
Leisa Talbert Peschel
State Bar No. 24060414
Email: lpeschel@wmalaw.com
**WILLIAMS MORGAN, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

Michael E. Jones
State Bar No. 10929400
Email:
mikejones@potterminton.com
**POTTER MINTON, P.C.**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*ATTORNEYS FOR
DEFENDANTS ALCATEL-
LUCENT USA INC. AND
ALCATEL-LUCENT HOLDINGS,
INC.*

911 West Loop 281, Suite 412
Longview, TX 75604
Telephone: (903) 297-7404
Facsimile: (214) 969-4343

***ATTORNEYS FOR DEFENDANTS***
***SAMSUNG ELECTRONICS CO. LTD. AND***
***SAMSUNG TELECOMMUNICATIONS***
***AMERICA, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon

all counsel of record this 11th day of August, 2014 via the Court's CM/ECF system.


*/s/ Timothy D. Krieger*
Timothy D. Krieger

6